IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERSYSTEMS, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) |
| YYZ, LLC, | ) |
| Defendant | ) No.: 2:11-CV-06602-JCJ |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK:**

**Kindly enter my appearance on behalf of Defendant YYZ, LLC in the above captioned matter.**

Respectfully submitted,

Dated:   November 17, 2011         /s/ Joseph E. Chovanes
Joseph E. Chovanes, Esquire
5 Great Valley Parkway, Ste. 329
Malvern, PA 19355
jchovanes@chovanes.com
(610) 648-3994

Counsel for Defendant YYZ, LLC

CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document(s) to be served upon the following via this Court's ECF system:

THEODORE NACCARELLA
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET ST
38th FLOOR
PHILADELPHIA, PA 19102
215/972-7877

JOHN L. STRAND
Lawrence M. Green
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Counsel for Plaintiff Intersystems, Inc.

Dated:   November 17, 2011             /s/ Joseph E. Chovanes
                                       Joseph E. Chovanes, Esquire